UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAYMOND BROWN, | ) |
|     Petitioner, | ) ) ) |
| v. | ) ) Civil Action No.  07-0617 (RCL) |
| U.S. PAROLE COMMISSION, *et al.*, | ) ) ) |
|     Respondents. | ) |

ORDER DIRECTING RESPONDENTS TO SHOW CAUSE

It is this 3rd day of May 2007, hereby

ORDERED that pursuant to 28 U.S.C. § 2243 the respondents, by counsel, shall, within twenty (20) days of service of a copy of this Order and the Petition, file with this Court and serve on the petitioner a statement showing why the Writ of *Habeas Corpus* should not issue.

The Clerk of Court is directed to furnish a copy of the Petition and a certified copy of this Order to the United States Marshal for the purpose of making service of same on petitioner's warden as well as the Attorney General for the District of Columbia and the United States Attorney for the District of Columbia.

                                          _____s/_____
                                          Royce C.  Lamberth
                                          United States District Judge