UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RAYMOND L. BROWN     :
  Petitioner       :  Civil Action No. 07-0617(RCL)
             :
             :
v.            :
             :
U.S. PAROLE COMMISSION,   :
  Respondent      :

UNITED STATES PAROLE COMMISSION'S MOTION TO TRANSFER
PETITIONER'S PETITION FOR WRIT OF HABEAS CORPUS

  The United States Parole Commission ("Commission"), by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully moves the Court to transfer petitioner's pro se petition for a writ of habeas corpus to the United States District Court for the Northern District of West Virgnia. In support of this motion, the Commission submits the following:

ARGUMENT

  On or about March 8, 2007, Petitioner mailed his petition for a writ of habeas corpus to the United States District Court for the District of Columbia. The petitioner alleges that he was not given credit for the time he had spent in pretrial detention in Criminal Case No. F-5270-00, which was from August 2000 to March 2001. Habeas Petition at 4-7. This period represents the time between Petitioner's arrest on the charges that were brought in F-5270-00, until the time of his sentencing hearing in that case. At the time Petitioner mailed his habeas petition, he was incarcerated in the Gilmer Federal Correctional Institution in Glenville, West Virgnia. The government has verified with the Federal Bureau of Prisons that the petitioner is still incarcerated at this facility, which is located within the jurisdiction of the U.S. District Court for

the Northern District of West Virginia.

Because, since the petitioner is presently confined in the Gilmer Federal Correctional Institution in Glenville, West Virginia, and is not incarcerated in the District of Columbia, the petitioner's habeas petition cannot be considered by this Court, because this Court lacks personal jurisdiction over the "person having custody of the person detained," as required by 28 U.S.C. § 2243. See Rumsfeld v. Padilla, 542 U.S. 426, 435 (2004) (the proper respondent in a federal habeas action challenging present physical custody is the warden of the facility where the petitioner is being held); Glascoe v. U.S. Parole Commission, 2004 WL 2857284 at *1 (D.C. Cir. December 14, 2004) (per curiam) (only proper respondent in habeas case is the warden of facility in which petitioner was incarcerated when he filed his petition); Stokes v. U.S. Parole Comm'n, 374 F.3d 1235, 1239 (D.C. Cir.) (district court may not entertain a habeas petition unless respondent custodian, the warden of the facility in which petitioner is incarcerated at the time of the filing of his petition, is within its territorial jurisdiction), cert. denied, 543 U.S. 975 (2004); Blair-Bey v. Quick, 151 F.3d 1036, 1039 (D.C. Cir. 1998) (the appropriate respondent in a habeas action is the warden of the prisoner who is the prisoner's custodian, not the United States Parole Commission); In re Tripati, 836 F.2d 1406, 1407 (D.C. Cir 1988) ("A habeas petition may be adjudicated only in the district in which [petitioner's] immediate custodian, his warden, is located"); Chatman-Bey v. Thornburgh, 864 F.2d 804, 810 (D.C. Cir. 1988) (en banc) ("It is also well settled that the appropriate respondent in a habeas action is the custodian of the prisoner"); Guerra v. Meese, 786 F.2d 414, 415 (D.C. Cir 1986) ("A district court may not entertain a habeas corpus action unless it has personal jurisdiction over the custodian of the prisoner").

Accordingly, this Court should transfer the petitioner's petition to the United States District Court for the Northern District of West Virginia, after giving the petitioner notice of the proposed action and an opportunity to be heard on the issue. See <u>Chatman-Bey v. Thornburgh</u>, <u>supra</u>, 864 F.2d at 814 (prior to transfer, the court should provide a habeas petitioner "with notice of the District Court's anticipated action and an opportunity to set forth reasons why the case can (and should) properly be heard in this jurisdiction").

## CONCLUSION

Wherefore, for the above stated reasons, the petitioner's petition should be transferred to the United States District Court for the Northern District of West Virginia, after giving the petitioner notice of the proposed transfer and an opportunity to respond.

A proposed order is attached.

 

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

ROBERT D. OKUN
Assistant United States Attorney
Chief, Special Proceedings Division


_____/s/_____
TRICIA D. FRANCIS
Assistant United States Attorney
Special Proceedings Division
D.C. Bar No. 457-800
555 4th Street, N.W., Room 10-447
Washington, D.C. 20530
(202) 353-9870

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a copy of the instant motion has been electronically filed with the Court and served by mail, upon the Petitioner, Raymond Brown, Registration No. 047460-007, FCI Gilmer, Federal Correctional Institution, P.O. Box 6000, Glenville, WV 26351, on this 30th day of May, 2007.

_____/s/_____
Tricia D. Francis
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RAYMOND L. BROWN,** : | |
| Petitioner : | Civil Action No. 07-0617(RCL) |
| : | |
| : | |
| v. : | |
| : | |
| **U.S. PAROLE COMMISSION,** : | |
| Respondent : | |
| _____ : | |

**ORDER**

Upon consideration of the United States Parole Commission's Motion to Transfer Petitioner's Petition For Writ of Habeas Corpus, and it appearing to the Court that the Petitioner's petition should be transferred to the United States District Court for the Northern District of West Virginia, it is this

_____day of _____, 2007, hereby

**ORDERED** that the Petitioner may reply to the government's motion to transfer no later than _____. If Petitioner does not respond within that time, the Court will treat the matter as conceded, and transfer the Petitioner's petition to the United States District Court for the Northern District of West Virginia, the district in which the Petitioner is incarcerated.

_____
Royce C. Lamberth
United States District Judge

Copies to:

Raymond Brown
Fed. Reg. No. 04746-007
FCI Gilmer
Federal Correctional Institution
P.O. Box 6000
Glenville, West Virginia 26351

Tricia D. Francis, Esq.
United States Attorney's Office for the District of Columbia
Special Proceedings Division
555 4th Street, N.W., Room 10-447
Washington, D.C. 20530