UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RAYMOND BROWN, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 07-0617 (RCL) |
| UNITED STATES PAROLE COMMISSION *et al.*, | ) |
| Respondents. | ) |

MEMORANDUM AND TRANSFER ORDER

The United States Parole Commission moves to transfer this action for a writ of *habeas corpus* to the Northern District of West Virginia, the judicial district of petitioner's place of confinement. It rightly asserts that transfer is required because this Court lacks personal jurisdiction over the proper respondent, *i.e.*, petitioner's warden. *Rumsfeld v. Padilla,* 124 S.Ct. 2711 (2004); *Blair-Bey v. Quick*, 151 F.3d 1036, 1039 (D.C. Cir. 1998) (citing *Chatman-Bey v. Thornburgh*, 864 F.2d 804, 810 (D.C. Cir. 1988)). "[A] district court may not entertain a habeas petition involving present physical custody unless the respondent custodian is within its territorial jurisdiction." *Stokes v. U.S. Parole Commission*, 374 F.3d 1235, 1239 (D.C. Cir. 2004). Accordingly, it is

ORDERED that the Order to Show Cause [Dkt. No. 2] is DISCHARGED; it is

FURTHER ORDERED that the Parole Commission's motion to transfer [Dkt. No. 6] is GRANTED; and it is

FURTHER ORDERED that this case is TRANSFERRED to the United States District Court for the Northern District of West Virginia.

SO ORDERED

_____s/_____
Royce C. Lamberth
United States District Judge

Date: June 21, 2007