IN THE DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

RAYMOND BROWN,
                petitioner

                                            Civil Action No. 07-0617 (RCL)

v.

UNITED STATES PAROLE
COMM'N,
                respondents

## NOTICE OF APPEAL

Notice is hereby given that Raymond Brown, pro-se Petitioner in the above entitled matter, appeals to the United States District Court Court of Appeals for District Court from the MEMORANDUM AND TRANSFER ORDER entered in respect to petitioner D.C. code § 16-1901(b) motion by Judge Royce C. Lamberth June 21, 2007. See attached order being appealed.

6-28-07    Raymond Brown 04746007
           Raymond Brown 04746007
           F.C.I. Gilmer
           PO Box 6000
           Glenville, West Virginia
           26351

[Notary seal: Lori Smith, Notary Public, State of West Virginia, 201 FCI Lane, Glenville, WV 26351, commission expires August 29, 2013] 6/28/07

RECEIVED
JUL 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RAYMOND BROWN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 07-0617 (RCL) |
| ) | |
| UNITED STATES PAROLE ) | |
| COMMISSION *et al.*, ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM AND TRANSFER ORDER

The United States Parole Commission moves to transfer this action for a writ of *habeas corpus* to the Northern District of West Virginia, the judicial district of petitioner's place of confinement. It rightly asserts that transfer is required because this Court lacks personal jurisdiction over the proper respondent, *i.e.*, petitioner's warden. *Rumsfeld v. Padilla,* 124 S.Ct. 2711 (2004); *Blair-Bey v. Quick,* 151 F.3d 1036, 1039 (D.C. Cir. 1998) (citing *Chatman-Bey v. Thornburgh,* 864 F.2d 804, 810 (D.C. Cir. 1988)). "[A] district court may not entertain a habeas petition involving present physical custody unless the respondent custodian is within its territorial jurisdiction." *Stokes v. U.S. Parole Commission,* 374 F.3d 1235, 1239 (D.C. Cir. 2004). Accordingly, it is

ORDERED that the Order to Show Cause [Dkt. No. 2] is DISCHARGED; it is

FURTHER ORDERED that the Parole Commission's motion to transfer [Dkt. No. 6] is GRANTED; and it is

```
```

FURTHER ORDERED that this case is TRANSFERRED to the United States District Court for the Northern District of West Virginia.

SO ORDERED

_____s/_____
Royce C. Lamberth
United States District Judge

Date: June 21, 2007